## **IMPORTANT NOTICE**

A continuance granted too near a scheduled sentencing results in waste of resources. Counsel's obligation to the court includes due diligence in seeking a continuance. Except in the most acute circumstances, counsel must seek a continuance, including **every continuance premised on a defendant's cooperation with law enforcement**, within ten days after service of this order. Every motion for a continuance shall include a statement of the other party's support or opposition to the proposed continuance.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:07-cr-438-T-23MAP

WILLIAM GARY SULLIVAN
_____/

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the United States Magistrate Judge's report and recommendation, to which no timely objection appears, the defendant's pleas of guilty to counts one and two of the information are **ACCEPTED** and the defendant is adjudged **GUILTY**.

The sentencing will occur on **March 14, 2008, at 8:30 a.m.** in Courtroom 15A of the new United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

ORDERED in Tampa, Florida, on December 21, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

TO:   Counsel of Record
      U.S. Probation Office
      U.S. Marshal Service
      U.S. Pretrial Service
      Interpreter: **NO**